UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
Comcast of Massachusetts III, Inc.   )
                                     )  Case No.: 03-12577 GAO
         Plaintiff                   )
                                     )  CORPORATION DISCLOSURE
   vs.                               )         STATEMENT
                                     )
John Chambers                        )
                                     )
         Defendant                   )
                                     )
```

**Pursuant to LR, D. Mass 7.3**, the filing party, Comcast of Massachusetts I, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts I, Inc., is a Massachusetts Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. MediaOne of Massachusetts, Inc. is wholly owned by Comcast of Delaware, Inc.

                        Respectfully Submitted for the Plaintiff,
                        Comcast of Massachusetts I, Inc.
                        By Its Local Counsel,

_____   _____
Date                        John M. McLaughlin
                                  MCLAUGHLIN SACKS
                                  31 Trumbull Road
                                  Northampton, MA 01060
                                  Telephone: (413) 586-0865
                                  BBO No. 556328