AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**



FILED
IN CLERK'S OFFICE
2004 JAN 22 P 2: 03
DISTRICT COURT
DISTRICT OF MASS.

Comcast of Massachusetts III, Inc.

V.

John Chambers

**SUMMONS IN A CIVIL CASE**

**03 - 12577 GAO**

CASE NUMBER:

TO: (Name and address of Defendant)

John Chambers
6 Lanview Drive
Braintree, MA 02184

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   DEC 22 2003



**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787
Norfolk, ss.

January 7, 2004

I hereby certify and return that on 1/5/2004 at 03:32 pm I served a true and attested copy of the summons, complaint, civil cover sheet, case cover sheet, corporate disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of John Chambers, 6 Lawnview Drive Braintree, MA 02184 and by mailing first class mail to the above-mentioned address on 1/6/2004., Conveyance ($1.50), Copies-Attestation ($10.00), Basic Service Fee ($20.00), Postage and Handling ($3.00), Travel ($7.68) Total Charges $42.18

Deputy Sheriff William M Blake

_____
Deputy Sheriff

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                           Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.