UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**John Chambers** )<br>)<br>Defendant )<br>)<br>_____ ) | Case No.: 03 12577 GAO<br><br>**AFFIDAVIT OF ATTORNEY FOR PLAINTIFF'S REQUEST FOR DEFAULT** |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On December 22, 2003, the Plaintiff filed a Complaint against the Defendant, **John Chambers**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On January 5, 2004, the said Defendant was served **by leaving at the last and usual place of abode, by Deputy Sheriff William M. Blake** (see copy of Deputy Sheriff's Return of Service marked <u>Exhibit A</u>, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

6. I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury, this 26 day of Jan, 2004.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts III, Inc.
By Its Attorney,

John M. McLaughlin
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328