UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COMCAST OF MASSACHUSETTS** <br> **Plaintiff** <br><br> V. <br><br> **JOHN CHAMBERS** <br> **Defendant** | CIVIL ACTION <br><br> NO. 03-12577-GAO |

### NOTICE OF DEFAULT

Upon application of the Plaintiff, **COMCAST OF MASSACHUSETTS** for an order of Default for failure of the Defendant, **JOHN CHAMBERS**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **25th** day of **MARCH 2004** .

TONY ANASTAS
CLERK OF COURT


By:     **PAUL S. LYNESS**
    **Deputy Clerk**


Notice mailed to:

**(Default Notice.wpd - 2/2000)** **[ntcdflt.]**